# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA J. ROMERO,<br><br>  Petitioner,<br><br>  v.<br><br>SAN BERNARDINO COUNTY DEPARTMENT OF CHILDREN'S SERVICES, et al.,<br><br>  Respondents. | Case No. CV 10-2674-DOC (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: July 26, 2010

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE